**Order entered October 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00100-CR
No. 05-18-00101-CR
No. 05-18-00102-CR

**MARQUEISE JEROME DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-40153-M, F14-40269-M & F14-75213-M**

## ORDER

Before the Court is appellant's October 20, 2018 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before November 26, 2018. Appellant is cautioned that the failure to file his brief by that time may result in the appeal being abated for a hearing under rule 38.8(b). *See* TEX. R. APP. P. 38.8(b)(3).

s/     LANA MYERS
        JUSTICE